ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>            Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No. 07-06063 CRB<br><br>**CONSENT TO JOIN – MATTHEW SCHEID** |

10520-1

1   I consent and agree to pursue my claims arising out of unpaid overtime work as an Account
2   Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General
3   Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

4   I was employed by Fremont as an Account Executive from September 2004 until April 2007.
5   Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.

6   As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but
7   was not paid overtime compensation.

8   I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of
9   1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff
10  herein and agree to be bound by any adjudication of this action by the Court. I further agree to be
11  bound by any collective action settlement herein approved by my attorneys and approved by this Court
12  as fair, adequate, and reasonable.

13  I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to
14  represent me in this action.

Dated: 11/27, 2007

_____
Signature

Matthew Scheid
Name

Novato, California
City, State

10520-1

1

CONSENT TO JOIN – MATTHEW SCHEID