E-filing

1  ROBERTA L. STEELE, CA Bar No. 188198
   rsteele@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER,
5      BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
6  Oakland, CA  94612
   (510)  763-9800
7  (510)  835-1417 (fax)
8
   Attorneys for Plaintiffs and the Class
9
                  UNITED STATES DISTRICT COURT
10
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                   SAN FRANCISCO DIVISION
12
13 MATTHEW SCHEID, et al.,            CLASS/COLLECTIVE ACTION

14          Plaintiffs,               Case No. C07-06063 CRB

15 vs.

16 FREMONT GENERAL CORPORATION, a     **CONSENT TO JOIN – MELTON
   corporation, et al.,               MCCLANAHAN**
17
18          Defendants.

19
20
21
22
23
24
25
26
27
28

10519-1

1    I consent and agree to pursue my claims arising out of unpaid overtime work as an Account

2  Executive at Fremont Investment & Loan, Fremont Credit Corporation and Fremont General

3  Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

4    I was employed by Fremont as an Account Executive from June 2004 until March 2007.

5  Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.

6    As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but

7  was not paid overtime compensation.

8    I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of

9  1938, as amended, 29 U.S.C. § 201, et seq. I hereby consent, agree, and opt-in to become a plaintiff

10  herein and agree to be bound by any adjudication of this action by the Court. I further agree to be

11  bound by any collective action settlement herein approved by my attorneys and approved by this Court

12  as fair, adequate, and reasonable.

13    I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to

14  represent me in this action.

15

16  Dated: November 14, 2007

17  _____
   Signature

18  Melton McClanahan, Jr._____
   Name
19
20  _____
   City, State

21

22

23

24

25

26

27

28

10519-1                                    1