```
 1  ROBERTA L. STEELE, CA Bar No. 188198
    LAURA L. HO, CA Bar No. 173179
 2  JOSEPH E. JARAMILLO, CA Bar No. 178566
    GOLDSTEIN, DEMCHAK, BALLER,
 3      BORGEN & DARDARIAN
    300 Lakeside Drive, Suite 1000
 4  Oakland, CA  94612
    (510) 763-9800
 5  (510) 835-1417 (fax)
 6
    Attorneys for Plaintiffs and the Class
 7
                    UNITED STATES DISTRICT COURT
 8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
                       SAN FRANCISCO DIVISION
10
11  MATTHEW SCHEID, et al.,           CLASS/COLLECTIVE ACTION
12          Plaintiffs,
                                      Case No. C07-6063 CRB
13  vs.
14                                    CONSENT TO JOIN – GREGORY
    FREMONT GENERAL CORPORATION, a    GALLOWAY
15  corporation, et al.,
16          Defendants.
17
```

12605-1

CONSENT TO JOIN – GREGORY GALLOWAY

1.     I consent and agree to pursue my claims arising out of unpaid overtime work as an Account Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

    I was employed by Fremont as an Account Executive from approximately November 2004 until March 2007. Throughout that time, I worked as an Account Executive in Fremont's Anaheim, California location.

    As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but was not paid overtime compensation.

    I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

    I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to represent me in this action.

Dated: 12/6, 2007

_____
Signature

Gregory Galloway
Name

Irvine, CA
City, State

12605-1

1

CONSENT TO JOIN – GREGORY GALLOWAY