```
 1  ROBERTA L. STEELE, CA Bar No. 188198
    rsteele@gdblegal.com
 2  LAURA L. HO, CA Bar No. 173179
    lho@gdblegal.com
 3  JOSEPH E. JARAMILLO, CA Bar No. 178566
    jjaramillo@gdblegal.com
 4  GOLDSTEIN, DEMCHAK, BALLER,
 5      BORGEN & DARDARIAN
    300 Lakeside Drive, Suite 1000
 6  Oakland, CA  94612
    (510) 763-9800
 7  (510) 835-1417 (fax)
 8
    Attorneys for Plaintiffs and the Class
 9
                      UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
13  MATTHEW SCHEID, et al.,            CLASS/COLLECTIVE ACTION
14              Plaintiffs,
                                       Case No. C07-6063 CRB
15  vs.
16  FREMONT GENERAL CORPORATION, a     CONSENT TO JOIN HARRY JAMES
    corporation, et al.,               HARTE III
17
18              Defendants.
19
```

10520-4

I consent and agree to pursue my claims arising out of unpaid overtime work as an Account Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

I was employed by Fremont as an Account Executive from March 2006 until January 2007. Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.

As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but was not paid overtime compensation.

I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to represent me in this action.

Dated: 12/17/ , 2007

_____
Signature

Harry James Harte III
Name

OAKLEY, CA
City, State