
Case 3:07-cv-06063-CRB     Document 11     Filed 12/14/2007     Page 1 of 1

```
1  Joseph E. Jaramillo, Bar No: 178566    (510) 763-9800
2  GOLDSTEIN DEMCHAK BALLER BORGEN AND
   DARDARIAN
3  300 LAKESIDE DR STE 1000
4  Representing: Plaintiff                File No.406
```

**FILED**
DEC 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

| | |
|---|---|
| SCHEID, et al | Case No: 07-06063 CRB |
| Plaintiff/Petitioner | Proof of Service of: |
| vs. | Complaint, Consent to Join MATTHEW SCHEID, Consent to Join MELTON MCCLANAHAN, JR, Welcome To The U.S. District Court, San Francisco, ECF Registration Information Handout, Notice Of Availability Of Magistrate Judge, Consent To Proceed Before U.S. Magistrate Judge, |
| FREMONT GENERAL CORPORATION, et al | |
| Defendant/Respondent | |

Service on:

Fremont General Corporation, a Corporation

**BY FAX**

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6653138