ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FREMONT GENERAL CORPORATION, a corporation, et al., <br><br> Defendants. | CLASS/COLLECTIVE ACTION <br><br> Case No.: C07-06063 CRB <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [Local Rule 3-16] |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

///

///

///

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the |
| 2 | named parties and the putative class, there is no such interest to report. |

Dated: January 10, 2008

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

/s/ Laura Ho
_____
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS