LINDA VAN WINKLE DEACON (State Bar No. 60133)
ldeacon@bpdzylaw.com
DAVID H. BATE (State Bar No. 133123)
dbate@bpdzylaw.com
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendants
FREMONT GENERAL CORPORATION
FREMONT GENERAL CREDIT CORPORATION
FREMONT INVESTMENT & LOAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID and MELTON MCCLANAHAN, JR., on behalf of themselves and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FREMONT GENERAL CORPORATION, a corporation, FREMONT GENERAL CREDIT CORPORATION, a corporation, and FREMONT INVESTMENT & LOAN, a corporation,<br><br>　　　　　　　Defendants. | Case No. C07-06063 (CRB)<br><br>Assigned for all purposes to:<br>Hon. Charles R. Breyer<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Hearing Date:　N/A<br>Time:　　　　N/A<br>Courtroom: |

　　　　Plaintiffs Matthew Scheid and Melton McClanahan, Jr. (collectively, "Plaintiffs") and Defendants Fremont General Corporation, Fremont General Credit Corporation and Fremont Investment & Loan (collectively, "Defendants"), by and through their respective counsel of record hereby stipulate and agree pursuant to

1  Local Rule 6.1(a) of the Civil Local Rules of the Court that the time for Defendants,
2  and each of them, to respond to the Complaint in this matter be extended to and
3  including January 25, 2008. The stipulated extension will not alter the date of any
4  event or any deadline already fixed by Court order.
5
6  DATED: January 18, 2008                BATE, PETERSON, DEACON, ZINN &
                                          YOUNG LLP
7
8
                                          By: _____/s/ David H. Bate_____
9                                                  DAVID H. BATE
10                                        Attorneys for Defendants
                                          FREMONT GENERAL CORPORATION
11                                        FREMONT GENERAL CREDIT
                                          CORPORATION
12                                        FREMONT INVESTMENT & LOAN
13                                        GOLDSTEIN, DEMCHAK, BALLER,
                                          BORGEN & DARDARIAN
14
15
                                          By:_____/s/ Roberta L. Steele_____
16                                                  Roberta L. Steele
17                                        Attorneys for Plaintiffs
18
19     I hereby attest that I have on file all holograph signatures for any signatures
20  indicated by a "conformed" signature (/S/) within this e-filed document.
21
22                                                _____/s/ David H. Bate_____
23
24
25
26
27
28