1  LINDA VAN WINKLE DEACON (State Bar No. 60133)
   ldeacon@bpdzylaw.com
2  DAVID H. BATE (State Bar No. 133123)
   dbate@bpdzylaw.com
3  BATE, PETERSON, DEACON, ZINN & YOUNG LLP
   888 South Figueroa Street, Fifteenth Floor
4  Los Angeles, California  90017
   Telephone: (213) 362-1860
5  Facsimile:   (213) 362-1861

6

7  Attorneys for Defendants
   FREMONT GENERAL CORPORATION
8  FREMONT GENERAL CREDIT CORPORATION
   FREMONT INVESTMENT & LOAN

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  MATTHEW SCHEID and MELTON      )   Case No.  C07-06063 (CRB)
    MCCLANAHAN, JR., on behalf of  )
14  themselves and others similarly )   Assigned for all purposes to:
    situated,                      )   Hon. Charles R. Breyer
15                                 )
                                   )   **STIPULATION EXTENDING
16              Plaintiffs,        )   DEFENDANTS' TIME TO
                                   )   RESPOND TO COMPLAINT**
17          v.                     )
                                   )
18  FREMONT GENERAL               )   Hearing Date:       N/A
    CORPORATION, a corporation,    )   Time:               N/A
19  FREMONT GENERAL CREDIT        )   Courtroom:
    CORPORATION, a corporation, and )
20  FREMONT INVESTMENT & LOAN,    )
    a corporation,                 )
21                                 )
               Defendants.         )
22  _____)

23

24        Plaintiffs Matthew Scheid and Melton McClanahan, Jr. (collectively,

25  "Plaintiffs")  and Defendants Fremont General Corporation, Fremont General Credit

26  Corporation and Fremont Investment & Loan (collectively, "Defendants"), by and

27  through their respective counsel of record hereby stipulate and agree pursuant to

28

1 | Local Rule 6.1(a) of the Civil Local Rules of the Court that the time for Defendants,

2 | and each of them,  to respond to the Complaint in this matter be extended to and

3 | including January 25, 2008.  The stipulated extension will not alter the date of any

4 | event or any deadline already fixed by Court order.

5 |

6 | DATED: January 18, 2008          BATE, PETERSON, DEACON, ZINN &
                                   YOUNG LLP

7 |

8 |

9 |                                 By: _____/s/ David H. Bate_____
                                          DAVID H. BATE

10 |                                Attorneys for Defendants
                                   FREMONT GENERAL CORPORATION
11 |                               FREMONT GENERAL CREDIT
                                   CORPORATION
12 |                               FREMONT INVESTMENT & LOAN

13 |                               GOLDSTEIN, DEMCHAK, BALLER,
                                   BORGEN & DARDARIAN

14 |

15 |

16 |                               By:_____/s/ Roberta L. Steele_____
                                          Roberta L. Steele

17 |                               Attorneys for Plaintiffs

18 |

19 |       I hereby attest that I have on file all holograph signatures for any signatures

20 | indicated by a "conformed" signature (/S/) within this e-filed document.

21 |

22 |                                          _____/s/ David H. Bate_____

23 |

24 |

25 |                                          January 23, 2008

26 |

27 |

28 |



2

Stipulation Extending Defendants' Time to Respond to Complaint