1  ROBERTA L. STEELE, CA Bar No. 188198
   rsteele@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER,
5      BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
6  Oakland, CA 94612
   (510) 763-9800
7  (510) 835-1417 (fax)
8
   Attorneys for Plaintiffs and the Class
9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | MATTHEW SCHEID, et al.,          | CLASS/COLLECTIVE ACTION
14 |        Plaintiffs,               |
                                       | Case No. C07-6063 CRB
15 | vs.                              |
16 | FREMONT GENERAL CORPORATION, a   | **CONSENT TO JOIN MASOOD**
17 | corporation, et al.,             | **GHASEMIAN**
18 |        Defendants.               |

13843-1

1 | I consent and agree to pursue my claims arising out of unpaid overtime work as an Account Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

I was employed by Fremont as an Account Executive from July 2003 until May 2007. Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.

As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but was not paid overtime compensation.

I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to represent me in this action.

Dated: 01/15, 2008

Signature

Masood Ghasemian
Name

San Jose, CA
City, State

13843-1

1

CONSENT TO JOIN MASOOD GHASEMIAN