LINDA VAN WINKLE DEACON (State Bar No. 60133)
ldeacon@bpdzylaw.com
DAVID H. BATE (State Bar No. 133123)
dbate@bpdzylaw.com
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California  90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendants
FREMONT GENERAL CORPORATION
FREMONT GENERAL CREDIT CORPORATION
FREMONT INVESTMENT & LOAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID and MELTON MCCLANAHAN, JR., on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>FREMONT GENERAL CORPORATION, a corporation, FREMONT GENERAL CREDIT CORPORATION, a corporation, and FREMONT INVESTMENT & LOAN, a corporation,<br><br>　　　　　　Defendants. | Case No.  C07-06063 (CRB)<br><br>Assigned for all purposes to:<br>Hon. Charles R. Breyer<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**<br><br>Hearing Date:　N/A<br>Time:　　　　N/A<br>Courtroom: |

　　　Plaintiffs Matthew Scheid and Melton McClanahan, Jr. (collectively, "Plaintiffs")  and Defendants Fremont General Corporation, Fremont General Credit Corporation and Fremont Investment & Loan (collectively, "Defendants"), by and through their respective counsel of record hereby stipulate and respectfully request

1 pursuant to this court's Order Setting Case Management Conference that the Case
2 Management Conference in this action, presently set for March 7, 2008, be
3 rescheduled to Friday, April 4, 2008, at the same time and place.  Defendants'
4 counsel's office has been advised by the clerk that this date is convenient to the
5 court's schedule.

6 DATED: February 11, 2008    BATE, PETERSON, DEACON, ZINN & YOUNG LLP

                              By: _____/s/ David H. Bate_____
                                          DAVID H. BATE

                              Attorneys for Defendants
                              FREMONT GENERAL CORPORATION
                              FREMONT GENERAL CREDIT CORPORATION
                              FREMONT INVESTMENT & LOAN

                              GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

                              By:_____/s/_____
                                         Joseph E. Jaramillo

                              Attorneys for Plaintiffs

I hereby attest that I have on file all holographic signatures for any signatures indicated with a "conformed" signature (/s/) within this e-filed document.

                              _____s/ David H. Bate_____

ORDER

PURSUANT TO STIPULATION,
IT IS SO ORDERED:


Date _____         _____
                                    Judge Charles R. Breyer