LINDA VAN WINKLE DEACON (State Bar No. 60133)
ldeacon@bpdzylaw.com
DAVID H. BATE (State Bar No. 133123)
dbate@bpdzylaw.com
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California  90017
Telephone: (213) 362-1860
Facsimile:   (213) 362-1861

Attorneys for Defendants
FREMONT GENERAL CORPORATION
FREMONT GENERAL CREDIT CORPORATION
FREMONT INVESTMENT & LOAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID and MELTON MCCLANAHAN, JR., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREMONT GENERAL CORPORATION, a corporation, FREMONT GENERAL CREDIT CORPORATION, a corporation, and FREMONT INVESTMENT & LOAN, a corporation,<br><br>Defendants. | Case No.  C07-06063 (CRB)<br><br>Assigned for all purposes to:<br>Hon. Charles R. Breyer<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER**<br><br>Hearing Date:    N/A<br>Time:            N/A<br>Courtroom: |

Plaintiffs Matthew Scheid and Melton McClanahan, Jr. (collectively, "Plaintiffs")  and Defendants Fremont General Corporation, Fremont General Credit Corporation and Fremont Investment & Loan (collectively, "Defendants"), by and through their respective counsel of record hereby stipulate and respectfully request

1  pursuant to this court's Order Setting Case Management Conference that the Case
2  Management Conference in this action, presently set for March 7, 2008, be
3  rescheduled to Friday, April 4, 2008, at the same time and place.  Defendants'
4  counsel's office has been advised by the clerk that this date is convenient to the
5  court's schedule.

DATED: February 11, 2008            BATE, PETERSON, DEACON, ZINN & YOUNG LLP


                                    By: _____/s/ David H. Bate_____
                                              DAVID H. BATE

                                    Attorneys for Defendants
                                    FREMONT GENERAL CORPORATION
                                    FREMONT GENERAL CREDIT CORPORATION
                                    FREMONT INVESTMENT & LOAN

                                    GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN


                                    By:_____/s/_____
                                              Joseph E. Jaramillo

                                    Attorneys for Plaintiffs

I hereby attest that I have on file all holographic signatures for any signatures indicated with a "conformed" signature (/s/) within this e-filed document.


                                            _____s/ David H. Bate_____


                                    ORDER

PURSUANT TO STIPULATION,
IT IS SO ORDERED:



Date __February 12, 2008__          _____
                                    Judge Charles R. Breyer