LINDA VAN WINKLE DEACON (State Bar No. 60133)
ldeacon@bpdzylaw.com
DAVID H. BATE (State Bar No. 133123)
dbate@bpdzylaw.com
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California  90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendants
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT CORPORATION,
and FREMONT INVESTMENT & LOAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID and MELTON MCCLANAHAN, JR., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FREMONT GENERAL CORPORATION, a corporation, FREMONT GENERAL CREDIT CORPORATION, a corporation, and FREMONT INVESTMENT & LOAN, a corporation, <br><br> Defendants. | Case No.  C07-06063 (CRB) <br><br> Assigned for all purposes to: <br> Hon. Charles R. Breyer <br><br> **DEFENDANTS' CORPORATE DISCLOSURE** |

1
DEFENDANTS' CORPORATE DISCLOSURE

## DISCLOSURE OF CORPORATION INTEREST CERTIFICATE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Fremont General Corporation, Fremont General Credit Corporation and Fremont Investment & Loan that the following corporate entities are disclosed:

1. The parent companies of the corporations: Defendant Fremont Investment & Loan is a wholly owned subsidiary of Defendant Fremont General Credit Corporation. Defendant Fremont General Credit Corporation is a wholly owned subsidiary of Defendant Fremont General Corporation.

2. Any publicly held company that owns ten percent (10%) or more of the corporations: None.

DATED: March 17, 2008            BATE, PETERSON, DEACON, ZINN & YOUNG LLP


By: _____/s/_____
       David H. Bate

Attorneys for Defendants
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT
CORPORATION, and
FREMONT INVESTMENT & LOAN