UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MATTHEW SCHEID, et al.,

                Plaintiff(s),

           v.

FREMONT GENERAL CORPORATION, a
corporation, et al.,

                Defendant(s).

_____/

CASE NO. C07-06063 CRB

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)  (ADR L.R. 5)
          Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓    Private ADR *(please identify process and provider)*  The parties select mediation as
the process and either JAMS or Mark Rudy of Rudy, Exelrod & Zieff as the provider.

The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

  ✓    other requested deadline  120 days from the date of order referring case to ADR process.

Dated: 3/14/08

Dated: 3/14/08

/s/ Joseph Jaramillo
Attorney for Plaintiff

/s/ *[signature]*
Attorney for Defendant

[~~PROPOSED~~] ORDER

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           Non-binding Arbitration
           Early Neutral Evaluation (ENE)
           Mediation
✓      Private ADR

      Deadline for ADR session
           90 days from the date of this order.
✓      other   120 days from order date.

IT IS SO ORDERED.

Dated: March 17, 2008



                          _____
                          UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer