```
 1  ROBERTA L. STEELE, CA Bar No. 188198
    rsteele@gdblegal.com
 2  LAURA L. HO, CA Bar No. 173179
    lho@gdblegal.com
 3  JOSEPH E. JARAMILLO, CA Bar No. 178566
    jjaramillo@gdblegal.com
 4  GOLDSTEIN, DEMCHAK, BALLER,
        BORGEN & DARDARIAN
 5  300 Lakeside Drive, Suite 1000
    Oakland, CA  94612
 6  (510) 763-9800
    (510) 835-1417 (fax)
 7
    Attorneys for Plaintiffs and the Class
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>　　　　Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No.: C07-06063 CRB<br><br>**DECLARATION OF JOSEPH E. JARAMILLO ATTESTING TO CONCURRENCE IN FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND DISCOVERY PLAN** |

17857-1

DECLARATION OF JOSEPH E. JARAMILLO ATTESTING TO CONCURRENCE IN FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND DISCOVERY PLAN - CASE NO.: C07-06063 CRB

I, Joseph E. Jaramillo, declare:

1. I am attorney at the law firm of Goldstein, Demchak, Baller, Borgen & Dardarian, which represents Plaintiffs in this action.

2. I hereby attest that I have obtained Defendants' counsel Linda Van Winkle Deacon's concurrence in the filing of the parties' Joint Case Management Conference Statement and Discovery Plan dated March 28, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of March 2008 in Oakland, California.

/s/ Joseph E. Jaramillo
JOSEPH E. JARAMILLO

17857-1

1

DECLARATION OF JOSEPH E. JARAMILLO ATTESTING TO CONCURRENCE IN FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND DISCOVERY PLAN - CASE NO.: C07-06063 CRB