**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 4, 2008**

**C-07-06063** **CRB**

**MATTHEW SCHEID  v.  FREMONT GENERAL CORPORATION**

Attorneys:     Joseph Jaramillo                    Linda Deacon

                      Laura Ho                              David Bate

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Initial Case Management Conference   -   Held | |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO August 08, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                              Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                  Deft to Name Experts by _____
P/T Conference Date _____          Trial Date _____         Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____