```
1   ROBERTA L. STEELE, CA Bar No. 188198
    rsteele@gdblegal.com
2   LAURA L. HO, CA Bar No. 173179
    lho@gdblegal.com
3   JOSEPH E. JARAMILLO, CA Bar No. 178566
    jjaramillo@gdblegal.com
4   GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
    300 Lakeside Drive, Suite 1000
5   Oakland, CA  94612
    (510)  763-9800
6   (510)  835-1417 (fax)
7
8   Attorneys for Plaintiffs and the Class
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MATTHEW SCHEID, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No. C07-6063 CRB<br><br>**CONSENT TO JOIN - JILL PETERSON** |
|---|---|

20403-1

1       I consent and agree to pursue my claims arising out of unpaid overtime work as an Account Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

     I was employed by Fremont as an Account Executive from approximately June 2004 until approximately March 2007. Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.

     As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but was not paid overtime compensation for all of the overtime hours I worked.

     I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

     I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to represent me in this action.

Dated: __5/16__, 2008

Signature: _[signature]_

Name: Jill Peterson

City, State Zip: Brentwood, Ca. 94513