1  ROBERTA L. STEELE, CA Bar No. 188198
   rsteele@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JOSEPH E. JARAMILLO, CA Bar No. 178566
4  jjaramillo@gdblegal.com
   GOLDSTEIN, DEMCHAK, BALLER,
5     BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
6  Oakland, CA  94612
7  (510)  763-9800
   (510)  835-1417 (fax)
8
   Attorneys for Plaintiffs and the Class
9
                    UNITED STATES DISTRICT COURT
10
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
|---|---|
| Plaintiffs, | Case No. C07-6063 CRB |
| vs. | |
| FREMONT GENERAL CORPORATION, a corporation, et al., | **CONSENT TO JOIN KELLEY LOWRY** |
| Defendants. | |

19317-1

1   I consent and agree to pursue my claims arising out of unpaid overtime work as an Account
2   Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General
3   Corporation (collectively "Fremont") in connection with the above referenced lawsuit.
4   I was employed by Fremont as an Account Executive from June 2005 until March 2007.
5   Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.
6   As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but
7   was not paid overtime compensation.
8   I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of
9   1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff
10  herein and agree to be bound by any adjudication of this action by the Court. I further agree to be
11  bound by any collective action settlement herein approved by my attorneys and approved by this Court
12  as fair, adequate, and reasonable.
13  I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to
14  represent me in this action.

Dated: 5/20, 2008

_____
Signature

Kelley Lowry
Name

Sacramento, CA
City, State

19317-1

1

CONSENT TO JOIN KELLEY LOWRY