1  ROBERTA L. STEELE, CA Bar No. 188198
   rsteele@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER,
        BORGEN & DARDARIAN
5  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
6  (510) 763-9800
   (510) 835-1417 (fax)
7
   Attorneys for Plaintiffs and the Class
8

9

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14
   MATTHEW SCHEID, et al.,            | CLASS/COLLECTIVE ACTION
15
                Plaintiffs,           | Case No.:  C07-06063 CRB
16
   vs.                                | **CONSENT TO JOIN – PHILIP ALSING**
17
   FREMONT GENERAL CORPORATION, a
18 corporation, et al.,
19              Defendants.
20

21

22

23

24

25

26

27

28

1  I consent and agree to pursue my claims arising out of unpaid overtime work as an Account

2  Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General

3  Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

4  I was employed by Fremont as an Account Executive from approximately March 2000 until

5  approximately March 2007. Throughout that time, I worked as an Account Executive in Fremont's

6  Anaheim, California location.

7  As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but

8  was not paid overtime compensation for all of the overtime hours I worked.

9  I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of

10  1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff

11  herein and agree to be bound by any adjudication of this action by the Court. I further agree to be

12  bound by any collective action settlement herein approved by my attorneys and approved by this Court

13  as fair, adequate, and reasonable.

14  I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to

15  represent me in this action.

16  Dated: June 2nd _____, 2008

17  Signature

18  Philip Alsing
   Name

19
20  Long Beach, CA 90815
   City, State Zip

21

22

23

24

25

26

27

28

21505-1