ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
|---|---|
| Plaintiffs, | |
| vs. | Case No. C07-6063 CRB |
| FREMONT GENERAL CORPORATION, a corporation, et al., | **CONSENT TO JOIN – JOHN OWENS** |
| Defendants. | |

21275-1

1      I consent and agree to pursue my claims arising out of unpaid overtime work as an Account Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

    I was employed by Fremont as an Account Executive from approximately April 2004 until approximately March 2007. Throughout that time, I worked as an Account Executive in Fremont's Anaheim, California location.

    As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but was not paid overtime compensation for all of the overtime hours I worked.

    I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

    I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to represent me in this action.

Dated: 5/30/       , 2008

_____
Signature

John Owens_____
Name

Tustin, CA 92780_____
City, State  Zip

21275-1

1

CONSENT TO JOIN – JOHN OWENS