1  ROBERTA L. STEELE, CA Bar No. 188198
   rsteele@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER,
      BORGEN & DARDARIAN
5  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
6  (510) 763-9800
   (510) 835-1417 (fax)
7
   Attorneys for Plaintiffs and the Class
8

9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  MATTHEW SCHEID, et al.,              CLASS/COLLECTIVE ACTION

             Plaintiffs,                 Case No.: C07-06063 CRB
16
    vs.                                  **CONSENT TO JOIN – ADAM WELLS**
17
    FREMONT GENERAL CORPORATION, a
18  corporation, et al.,

19           Defendants.

20

21

22

23

24

25

26

27

28

21482-1

     I consent and agree to pursue my claims arising out of unpaid overtime work as an Account Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

     I was employed by Fremont as an Account Executive from approximately June 2005 until approximately March 2007. Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.

     As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but was not paid overtime compensation for all of the overtime hours I worked.

     I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

     I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to represent me in this action.

Dated: JUNE 3, 2008

_____
Signature

Adam Wells
Name

Fairfield, CA  94534
City, State Zip