ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No. C07-6063 CRB<br><br>**CONSENT TO JOIN – LOUISE MATTHEWS** |

20919-1

1 | I consent and agree to pursue my claims arising out of unpaid overtime work as an Account
2 | Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General
3 | Corporation (collectively "Fremont") in connection with the above referenced lawsuit.
4 | I was employed by Fremont as an Account Executive from approximately June 2003 until
5 | approximately January 2007. Throughout that time, I worked as an Account Executive in Fremont's
6 | Anaheim, California location.
7 | As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but
8 | was not paid overtime compensation for all of the overtime hours I worked.
9 | I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of
10 | 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff
11 | herein and agree to be bound by any adjudication of this action by the Court. I further agree to be
12 | bound by any collective action settlement herein approved by my attorneys and approved by this Court
13 | as fair, adequate, and reasonable.
14 | I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to
15 | represent me in this action.

Dated: June 8, 2008

_____
Signature

Louise Matthews
Name

Aliso Viejo, CA 92656
City, State Zip

209191-1

1

CONSENT TO JOIN – LOUISE MATTHEWS