1  ROBERTA L. STEELE, CA Bar No. 188198
   rsteele@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER,
        BORGEN & DARDARIAN
5  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
6  (510) 763-9800
   (510) 835-1417 (fax)
7
   Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No.: C07-06063 CRB<br><br>**CONSENT TO JOIN – DOUG LAVENTURE** |

23245-1

1  I consent and agree to pursue my claims arising out of unpaid overtime work as an Account
2  Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General
3  Corporation (collectively "Fremont") in connection with the above referenced lawsuit.
4  I was employed by Fremont as an Account Executive from approximately June 2004 until
5  approximately March 2007. Throughout that time, I worked as an Account Executive in Fremont's
6  Concord, California location.
7  As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but
8  was not paid overtime compensation for all of the overtime hours I worked.
9  I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of
10 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff
11 herein and agree to be bound by any adjudication of this action by the Court. I further agree to be
12 bound by any collective action settlement herein approved by my attorneys and approved by this Court
13 as fair, adequate, and reasonable.
14 I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to
15 represent me in this action.
16 Dated: June, 27th, 2008

Signature

Doug Laventure
Name

Clayton, CA 94517
City, State Zip

23245-1

1
CONSENT TO JOIN - DOUG LAVENTURE - CASE NO.: C07-06063 CRB