| | |
|---|---|
| 1 | ROBERTA L. STEELE, CA Bar No. 188198 |
| | rsteele@gdblegal.com |
| 2 | LAURA L. HO, CA Bar No. 173179 |
| | lho@gdblegal.com |
| 3 | JOSEPH E. JARAMILLO, CA Bar No. 178566 |
| | jjaramillo@gdblegal.com |
| 4 | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
| | 300 Lakeside Drive, Suite 1000 |
| 5 | Oakland, CA 94612 |
| | (510) 763-9800 |
| 6 | (510) 835-1417 (fax) |
| 7 | Attorneys for Plaintiffs and the Class |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
| Plaintiffs, | Case No.: C07-06063 CRB |
| vs. | **CONSENT TO JOIN – RAMSIN OVRAHIM** |
| FREMONT GENERAL CORPORATION, a corporation, et al., | |
| Defendants. | |

23119-1

1      I consent and agree to pursue my claims arising out of unpaid overtime work as an Account Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

    I was employed by Fremont as an Account Executive from approximately January 2006 until approximately March 2007. Throughout that time, I worked as an Account Executive in Fremont's Concord, California location.

    As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but was not paid overtime compensation for all of the overtime hours I worked.

    I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff herein and agree to be bound by any adjudication of this action by the Court. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

    I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to represent me in this action.

Dated: June 25, 2008

_____
Signature

Ramsin Ovrahim
Name
Turlock, CA 95382
City, State Zip