LINDA VAN WINKLE DEACON (State Bar No. 60133)
DAVID H. BATE  (State Bar No. 133123)
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California  90017
Telephone: (213) 362-1860
Facsimile:   (213) 362-1861
ldeacon@bpdzylaw.com
dbate@bpdzylaw.com

Attorneys for Defendants
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT
CORPORATION, and FREMONT INVESTMENT
& LOAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA

## DIVISION OF SAN FRANCISCO

| | |
|---|---|
| MATTHEW SCHEID and MELTON MCCLANAHAN, JR., on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, FREMONT GENERAL CREDIT CORPORATION, a corporation, and FREMONT INVESTMENT & LOAN, a corporation,<br><br>                    Defendants. | Case No.  C07 - 06063 CRB<br><br>Assigned for all purposes to:<br>The Hon. Charles R. Breyer, Courtroom 8<br><br>**NOTICE OF FILING OF CHAPTER 11 BANKRUPTCY CASE BY DEFENDANT FREMONT GENERAL CORPORATION AND THE EFFECT OF THE AUTOMATIC STAY PURSUANT TO SECTION 362(a) OF TITLE 11 OF THE UNITED STATES CODE**<br><br>Action filed:  November 30, 2007 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 18, 2008, defendant Fremont General Corporation ("FGC") filed a voluntary petition under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Central District of California, Santa Ana Division. True and correct

copies of FGC's bankruptcy petition and the Notice of Electronic Filing are attached hereto as Exhibit "1" and incorporated herein by this reference.

Your attention is directed to Bankruptcy Code section 362(a), which provides for an automatic stay against:

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

    (3)    any act to obtain possession of property of the estate or of property from the estate, or to exercise control over property of the estate;

    (4)    any act to create, perfect, or enforce any lien against property of the estate;

    (5)    any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

    (6)    any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

    (7)    the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

    (8)    the commencement or continuation of a proceeding before the United States Tax Court concerning a corporate debtor's tax liability for a taxable period the bankruptcy court may determine or concerning the tax liability of a debtor who is an individual for a taxable period ending before

the date of the order for relief under this title.

Pursuant to Bankruptcy Code section 362(a), the prosecution of the above-entitled lawsuit against FGC, including the issuance of service, has been automatically stayed.

DATED: July 29, 2008        BATE, PETERSON, DEACON, ZINN & YOUNG LLP


By:    /s/
    DAVID H. BATE

Attorneys for Defendants
FREMONT GENERAL CORPORATION, FREMONT GENERAL CREDIT CORPORATION, AND FREMONT INVESTMENT & LOAN