1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510)  763-9800
(510)  835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No. C07-6063 CRB<br><br>**CONSENT TO JOIN – LENNY SPANGLER** |

21172-1

1    I consent and agree to pursue my claims arising out of unpaid overtime work as an Account

2    Executive at Fremont Investment & Loan, Fremont General Credit Corporation and Fremont General

3    Corporation (collectively "Fremont") in connection with the above referenced lawsuit.

4    I was employed by Fremont as an Account Executive from approximately January 2004 until

5    March 2007.  Throughout that time, I worked as an Account Executive in Fremont's Anaheim,

6    California location.

7    As a Fremont Account Executive, I regularly worked in excess of forty (40) hours per week but

8    was not paid overtime compensation for all of the overtime hours I worked.

9    I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of

10   1938, as amended, 29 U.S.C. §§ 201, et seq.  I hereby consent, agree, and opt in to become a plaintiff

11   herein and agree to be bound by any adjudication of this action by the Court.  I further agree to be

12   bound by any collective action settlement herein approved by my attorneys and approved by this Court

13   as fair, adequate, and reasonable.

14   I hereby designate the law offices of Goldstein, Demchak, Baller, Borgen & Dardarian to

15   represent me in this action.

16   Dated: _7/15/08_____, 2008

17   _____
     Signature

18   Lenny Spangler_____
19   Name

20   Aliso Viejo, CA  92656_____
     City, State  Zip

21

22

23

24

25

26

27

28

21172-1                                    1

CONSENT TO JOIN – LENNY SPANGLER