| | |
|---|---|
| 1 | ROBERTA L. STEELE, CA Bar No. 188198 |
|   | rsteele@gdblegal.com |
| 2 | LAURA L. HO, CA Bar No. 173179 |
|   | lho@gdblegal.com |
| 3 | JOSEPH E. JARAMILLO, CA Bar No. 178566 |
|   | jjaramillo@gdblegal.com |
| 4 | GOLDSTEIN, DEMCHAK, BALLER, |
|   | BORGEN & DARDARIAN |
| 5 | 300 Lakeside Drive, Suite 1000 |
|   | Oakland, CA 94612 |
| 6 | (510) 763-9800 |
|   | (510) 835-1417 (fax) |

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
| Plaintiffs, | Case No.: C07-06063 CRB |
| vs. | **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE** |
| FREMONT GENERAL CORPORATION, a corporation, et al., | |
| Defendants. | |

25321-1

PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE - CASE NO.: C07-06063 CRB

     Plaintiffs hereby request leave of the court, pursuant to Rule 16-10(a) of the Civil Local Rules, to appear telephonically at the continued Case Management Conference in this matter, set for August 8, 2008. Defendants have already requested to appear telephonically due to financial considerations. Plaintiffs similarly wish to avoid the expense of attending the conference in person.

Dated: August 5, 2008

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

s/ Laura L. Ho
_____

ROBERTA L. STEELE, CA Bar No. 188198
LAURA L. HO, CA Bar No. 173179
JOSEPH E. JARAMILLO, CA Bar No. 178566
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS