LINDA VAN WINKLE DEACON (State Bar No. 60133)
ldeacon@bpdzylaw.com
DAVID H. BATE (State Bar No. 133123)
dbate@bpdzylaw.com
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California 90017
Telephone: (213) 362-1860
Facsimile:  (213) 362-1861

Attorneys for Defendants
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT CORPORATION,
and FREMONT INVESTMENT & LOAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID and MELTON MCCLANAHAN, JR., on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREMONT GENERAL CORPORATION, a corporation, FREMONT GENERAL CREDIT CORPORATION, a corporation, and FREMONT INVESTMENT & LOAN, a corporation,<br><br>Defendants. | Case No. C07-06063 (CRB)<br><br>Assigned for all purposes to:<br>Hon. Charles R. Breyer<br><br>**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CONTINUED CASE MANAGEMENT CONFERENCE**<br><br>Date: August 8, 2008<br>Time: 8:30 a.m. |

1  Defendants Fremont General Corporation, Fremont General Credit
2 Corporation and Fremont Investment & Loan ("Defendants") hereby request leave
3 of the court, pursuant to Rule 16-10(a) of the Civil Local Rules, to appear
4 telephonically at the continued Case Management Conference in this matter, set for
5 August 8, 2008.  Defendants wish to avoid the expense of sending counsel from Los
6 Angeles to attend the conference in light of the matters set forth in the parties'
7 Further Joint Case Management Conference Statement.

DATED: August 1, 2008           BATE, PETERSON, DEACON, ZINN &
                                YOUNG LLP


                                By: _____/s/_____
                                       David H. Bate

                                Attorneys for Defendants
                                FREMONT GENERAL CORPORATION,
                                FREMONT GENERAL CREDIT
                                CORPORATION, and
                                FREMONT INVESTMENT & LOAN

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA