ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
|---|---|
| Plaintiffs, | Case No.: C07-06063 CRB |
| vs. | **PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE** |
| FREMONT GENERAL CORPORATION, a corporation, et al., | |
| Defendants. | |

25321-1

1  Plaintiffs hereby request leave of the court, pursuant to Rule 16-10(a) of the Civil Local Rules,
2  to appear telephonically at the continued Case Management Conference in this matter, set for
3  August 8, 2008.  Defendants have already requested to appear telephonically due to financial
4  considerations.  Plaintiffs similarly wish to avoid the expense of attending the conference in person.

Dated:  August 5, 2008

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

s/ Laura L. Ho

ROBERTA L. STEELE, CA Bar No. 188198
LAURA L. HO, CA Bar No. 173179
JOSEPH E. JARAMILLO, CA Bar No. 178566
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA