ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No.: C07-06063 CRB<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>[Local Rule 3-16]<br><br>**Date:** **August 8, 2008**<br>**Time:** **8:30 am**<br>**Court:** **Courtroom 8, 19th Floor**<br>**Judge:** **Honorable Charles R. Breyer** |

Plaintiffs Matthew Scheid and Melton McClanahan ("Plaintiffs") and Defendants Fremont General Corporation, Fremont General Credit Corporation, and Fremont Reorganizing Corporation, fka Fremont Investment & Loan ("Defendants" or "Fremont"), through their respective counsel, submit this Second Joint Case Management Conference Statement.

As the parties reported at the April 4, 2008 Case Management Conference, they have agreed upon an informal, streamlined discovery and disclosure process leading up to mediation, in an attempt to resolve this action at an early stage, without extensive and expensive discovery and motion practice prior to the mediation. Such an approach is particularly appropriate here because of Fremont's

financial situation, which has been significantly impacted by the subprime mortgage crisis. Since the last case management conference, Defendant Fremont General Corporation has filed for bankruptcy protection.

Since the last Case Management Conference, the parties have exchanged a substantial amount of documents and information about the claims at issue. On July 30, 2008, the named plaintiffs and their counsel and Fremont's client representative and counsel met with mediator Mark Rudy, of Rudy, Exelrod, & Zieff in San Francisco. Based on information exchanged confidentially during the mediation, the parties believe that an early settlement of this action is possible, but they will require additional time to perform the due diligence necessary to reach agreement regarding the terms of such a settlement, including a confidential review of Defendant Fremont Reorganizing Corporation's (formerly Fremont Investment & Loan) financial information. The parties will be submitting a proposed stipulated protective order for the Court's approval to facilitate this review.

Accordingly, the parties respectfully request the Court to continue the Case Management Conference to October 3, 2008, or as soon thereafter as the Court is available.

Dated: August 7, 2008                    Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

　　　　　/s/ Laura L. Ho　　　　　
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
ROBERTA L. STEELE, CA Bar No. 188198
rsteele@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

1  Dated: August __, 2008

BATE, PETERSON, DEACON, ZINN & YOUNG LLP

*/s/ David H. Bate*
DAVID H. BATE

ATTORNEYS FOR DEFENDANTS
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT CORPORATION, and
FREMONT REORGANIZING CORPORATION fka
FREMONT INVESTMENT & LOAN