**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 8, 2008**

**C-07-06063** CRB

**MATTHEW SCHEID v. FREMONT GENERAL CORPORATION**

Attorneys:    Laura Ho                David Bate

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Not Reported**

**PROCEEDINGS:**                                **RULING:**

1. Telephonic Conference - Held

2.

3.

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO October 31, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                 Expert Discovery Cut-Off _____
Plntf to Name Experts by _____          Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____    Set for _____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: _____