LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No.: C07-06063 CRB<br><br>**THIRD JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>[Local Rule 3-16]<br><br>Date:   October 31, 2008<br>Time:   8:30 am<br>Court:  Courtroom 8, 19th Floor<br>Judge:  Honorable Charles R. Breyer |

Plaintiffs Matthew Scheid and Melton McClanahan ("Plaintiffs") and Defendants Fremont General Corporation, Fremont General Credit Corporation, and Fremont Reorganizing Corporation, fka Fremont Investment & Loan ("Defendants" or "Fremont"), through their respective counsel, submit this Third Joint Case Management Conference Statement.

The parties have reached an agreement in principle on settling this action. The parties are currently preparing settlement and settlement approval documents. In order to allow the parties sufficient time to finalize those papers, and to file them with the Court by November 7, 2008, the parties request that the Court move the currently scheduled further case management conference to

1  November 14, 2008 and also set a settlement approval hearing for the same time. at 10:00 a..m.

Dated: October 17, 2008

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

_____
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

Dated: October 17, 2008

BATE, PETERSON, DEACON, ZINN & YOUNG LLP

_____
DAVID H. BATE, CA Bar No. 133123
dbate@bpdzylaw.com
LINDA DEACON, CA Bar No. 60133
ldeacon@bpdzylaw.com
888 South Figueroa Street, Suite 1500
Los Angeles, Ca. 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

ATTORNEYS FOR DEFENDANTS
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT CORPORATION, and
FREMONT REORGANIZING CORPORATION fka
FREMONT INVESTMENT & LOAN

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

29672-1

THIRD JOINT CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO.: C07-06063 CRB