LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>          Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No.: C07-06063 CRB<br><br>**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND RESCHEDULE SETTLEMENT APPROVAL HEARING AND** ~~PROPOSED~~ **ORDER**<br><br>Court:     Courtroom 8, 19th Floor<br>Judge:    Honorable Charles R. Breyer |

Plaintiffs Matthew Scheid and Melton McClanahan ("Plaintiffs") and Defendants Fremont General Corporation, Fremont General Credit Corporation, and Fremont Reorganizing Corporation, fka Fremont Investment & Loan ("Defendants" or "Fremont"), through their respective counsel, hereby stipulate and respectfully request that this Court vacate the Case Management Conference set for November 14, 2008 and move the settlement approval hearing currently scheduled for that same day to December 5, 2008 at 10:00 a.m.  The clerk of the Court has advised Plaintiffs' counsel that this date is convenient to the Court's schedule.

30472-1

1

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND RESCHEDULE SETTLEMENT APPROVAL HEARING AND PROPOSED ORDER - CASE NO.: C07-06063 CRB

| | | |
|---|---|---|
| 1 | Dated: November 10, 2008 | Respectfully submitted, |
| 2 | | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |

                                              /s/ Joseph E. Jaramillo
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS

Dated: November 10, 2008     BATE, PETERSON, DEACON, ZINN & YOUNG LLP

                                              /s/ David H. Bate
DAVID H. BATE, CA Bar No. 133123
dbate@bpdzylaw.com
LINDA DEACON, CA Bar No. 60133
ldeacon@bpdzylaw.com
888 South Figueroa Street, Suite 1500
Los Angeles, Ca. 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

ATTORNEYS FOR DEFENDANTS
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT CORPORATION, and
FREMONT REORGANIZING CORPORATION fka
FREMONT INVESTMENT & LOAN

I hereby attest that I have on file all holographic signatures for any signatures indicated with a "conformed signature (/s/) within this e-filed document.

                                              /s/ Joseph E. Jaramillo

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date: November 12, 2008

Judge [signature: Judge Charles R. Breyer] IT IS SO ORDERED

30472-1

2