1  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
2  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
3  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
4  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
5  (510) 763-9800
   (510) 835-1417 (fax)
6
   Attorneys for Plaintiffs
7

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
|---|---|
| Plaintiffs, | Case No.: C07-06063 CRB |
| vs. | **STIPULATION TO CONTINUE SETTLEMENT APPROVAL HEARING AND ~~PROPOSED~~ ORDER** |
| FREMONT GENERAL CORPORATION, a corporation, et al., | |
| Defendants. | Court:   Courtroom 8, 19th Floor<br>Judge:   Honorable Charles R. Breyer |

20       Plaintiffs Matthew Scheid and Melton McClanahan ("Plaintiffs") and Defendants Fremont

21  General Corporation, Fremont General Credit Corporation, and Fremont Reorganizing Corporation,

22  fka Fremont Investment & Loan ("Defendants" or "Fremont"), through their respective counsel,

23  hereby stipulate and respectfully request that this Court move the settlement approval hearing currently

24  scheduled December 5, 2008 at 10:00 a.m. to December 12, 2008 at 10:00 a.m.  The parties are close

25  to reaching a settlement agreement but require additional time in order to resolve final written details.

26  The clerk of the Court has advised Plaintiffs' counsel that this date is convenient to the Court's

27  schedule.

28

| | | |
|---|---|---|
| 1 | Dated: December 2, 2008 | Respectfully submitted, |
| 2 | | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |

/s/ Joseph E. Jaramillo
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS

Dated: December 2, 2008          BATE, PETERSON, DEACON, ZINN & YOUNG LLP

/s/ David H. Bate
DAVID H. BATE, CA Bar No. 133123
dbate@bpdzylaw.com
LINDA DEACON, CA Bar No. 60133
ldeacon@bpdzylaw.com
888 South Figueroa Street, Suite 1500
Los Angeles, Ca. 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

ATTORNEYS FOR DEFENDANTS
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT CORPORATION, and
FREMONT REORGANIZING CORPORATION fka
FREMONT INVESTMENT & LOAN

I hereby attest that I have on file all holographic signatures for any signatures indicated with a "conformed signature (/s/) within this e-filed document.

/s/ Joseph E. Jaramillo

### ORDER

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date: December 03, 2008          Judge Charles R. Breyer

*IT IS SO ORDERED* — Judge Charles R. Breyer [seal: United States District Court, Northern District of California]

31162-1

2

STIPULATION TO CONTINUE SETTLEMENT APPROVAL HEARING AND PROPOSED ORDER – CASE NO. C07-06063 CRB