```
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JOSEPH E. JARAMILLO, CA Bar No. 178566
jjaramillo@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FREMONT GENERAL CORPORATION, a corporation, et al.,<br><br>　　　　　Defendants. | CLASS/COLLECTIVE ACTION<br><br>Case No.:  C07-06063 CRB<br><br>**STIPULATION TO CONTINUE SETTLEMENT APPROVAL HEARING AND ~~PROPOSED~~ ORDER**<br><br>**Court:**　Courtroom 8, 19th Floor<br>**Judge:**　Honorable Charles R. Breyer |

Plaintiffs Matthew Scheid and Melton McClanahan ("Plaintiffs") and Defendants Fremont General Corporation, Fremont General Credit Corporation, and Fremont Reorganizing Corporation, fka Fremont Investment & Loan ("Defendants" or "Fremont"), through their respective counsel, hereby stipulate and respectfully request that this Court move the settlement approval hearing currently scheduled December 12, 2008 at 10:00 a.m. to December 19, 2008 at 10:00 a.m. The clerk of the Court has advised Plaintiffs' counsel that this date is convenient to the Court's schedule. The parties are close to reaching a settlement agreement but require additional time in order to resolve final written details. The parties anticipate filing the proposed settlement agreement and supporting papers early next week.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 10, 2008 | Respectfully submitted, |
| 3 | | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
| 4 | | |
| 5 | | /s/ Joseph E. Jaramillo |
| | | LAURA L. HO, CA Bar No. 173179 |
| 6 | | lho@gdblegal.com |
| | | JOSEPH E. JARAMILLO, CA Bar No. 178566 |
| 7 | | jjaramillo@gdblegal.com |
| | | 300 Lakeside Drive, Suite 1000 |
| 8 | | Oakland, CA  94612 |
| | | (510) 763-9800 |
| 9 | | (510) 835-1417 (fax) |
| 10 | | ATTORNEYS FOR PLAINTIFFS |
| 11 | Dated: December 10, 2008 | BATE, PETERSON, DEACON, ZINN & YOUNG LLP |

/s/ David H. Bate
DAVID H. BATE, CA Bar No. 133123
dbate@bpdzylaw.com
LINDA DEACON, CA Bar No. 60133
ldeacon@bpdzylaw.com
888 South Figueroa Street, Suite 1500
Los Angeles, Ca. 90017
Telephone: (213) 362-1860
Facsimile: (213) 362-1861

ATTORNEYS FOR DEFENDANTS
FREMONT GENERAL CORPORATION,
FREMONT GENERAL CREDIT CORPORATION, and
FREMONT REORGANIZING CORPORATION fka
FREMONT INVESTMENT & LOAN

I hereby attest that I have on file all holographic signatures for any signatures indicated with a "conformed signature (/s/) within this e-filed document.

/s/ Joseph E. Jaramillo

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date: __December 11, 2008__                    _____
                                                Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

31635-1