1  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
2  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
3  GOLDSTEIN, DEMCHAK, BALLER,
      BORGEN & DARDARIAN
4  300 Lakeside Drive, Suite 1000
   Oakland, CA 94612
5  (510) 763-9800
   (510) 835-1417 (fax)
6
   Attorneys for Plaintiffs
7

8

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
|---|---|
| Plaintiffs, | Case No.: C07-06063 CRB |
| vs. | **STIPULATION TO CONTINUE SETTLEMENT APPROVAL HEARING AND ~~PROPOSED~~ ORDER** |
| FREMONT GENERAL CORPORATION, a corporation, et al., | |
| Defendants. | **Court:** Courtroom 8, 19th Floor<br>**Judge:** Honorable Charles R. Breyer |

   Plaintiffs Matthew Scheid and Melton McClanahan ("Plaintiffs") and Defendants Fremont General Corporation, Fremont General Credit Corporation, and Fremont Reorganizing Corporation, fka Fremont Investment & Loan ("Defendants" or "Fremont"), through their respective counsel, hereby stipulate and respectfully request that this Court move the settlement approval hearing currently scheduled December 19, 2008 at 10:00 a.m. to January 9, 2009 at 10:00 a.m, or as soon thereafter as the Court is available. The parties are close to reaching a final settlement agreement but require additional time to resolve final details, and anticipate filing the proposed settlement agreement and supporting papers before the end of the year.

| | | |
|---|---|---|
| 1 | Dated: December 18, 2008 | Respectfully submitted, |
| 2 | | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
| 4 | | _____/s/ Joseph E. Jaramillo_____ |
| | | LAURA L. HO, CA Bar No. 173179 |
| 5 | | lho@gdblegal.com |
| | | JOSEPH E. JARAMILLO, CA Bar No. 178566 |
| 6 | | jjaramillo@gdblegal.com |
| | | 300 Lakeside Drive, Suite 1000 |
| 7 | | Oakland, CA  94612 |
| | | (510) 763-9800 |
| 8 | | (510) 835-1417 (fax) |
| 9 | | ATTORNEYS FOR PLAINTIFFS |
| 10 | Dated: December 18, 2008 | BATE, PETERSON, DEACON, ZINN & YOUNG LLP |
| 12 | | _____/s/ David H. Bate_____ |
| | | DAVID H. BATE, CA Bar No. 133123 |
| 13 | | dbate@bpdzylaw.com |
| | | LINDA DEACON, CA Bar No. 60133 |
| 14 | | ldeacon@bpdzylaw.com |
| | | 888 South Figueroa Street, Suite 1500 |
| 15 | | Los Angeles, Ca. 90017 |
| | | Telephone: (213) 362-1860 |
| 16 | | Facsimile: (213) 362-1861 |
| 17 | | ATTORNEYS FOR DEFENDANTS |
| 18 | | FREMONT GENERAL CORPORATION, |
| | | FREMONT GENERAL CREDIT CORPORATION, and |
| 19 | | FREMONT REORGANIZING CORPORATION fka |
| | | FREMONT INVESTMENT & LOAN |

I hereby attest that I have on file all holographic signatures for any signatures indicated with a "conformed signature (/s/) within this e-filed document.

_____/s/ Joseph E. Jaramillo_____

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date:  December 19, 2008      _____
                              Judge Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

32143-1                                  2
STIPULATION TO CONTINUE SETTLEMENT APPROVAL HEARING AND PROPOSED ORDER  CASE NO.: C07-06063 CRB