1  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
2  JOSEPH E. JARAMILLO, CA Bar No. 178566
   jjaramillo@gdblegal.com
3  GOLDSTEIN, DEMCHAK, BALLER,
       BORGEN & DARDARIAN
4  300 Lakeside Drive, Suite 1000
   Oakland, CA  94612
5  (510) 763-9800
   (510) 835-1417 (fax)
6
7  Attorneys for Plaintiffs

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW SCHEID, et al., | CLASS/COLLECTIVE ACTION |
| Plaintiffs, | Case No.: C07-06063 CRB |
| vs. | **STIPULATION TO CONTINUE SETTLEMENT APPROVAL HEARING AND** ~~PROPOSED~~ **ORDER** |
| FREMONT GENERAL CORPORATION, a corporation, et al., | |
| Defendants. | **Court:    Courtroom 8, 19th Floor**<br>**Judge:    Honorable Charles R. Breyer** |

   Plaintiffs Matthew Scheid and Melton McClanahan ("Plaintiffs") and Defendants Fremont General Corporation, Fremont General Credit Corporation, and Fremont Reorganizing Corporation, fka Fremont Investment & Loan ("Defendants" or "Fremont"), through their respective counsel, hereby stipulate and respectfully request that this Court move the settlement approval hearing currently scheduled for January 9, 2009 at 10:00 a.m. to January 23, 2009 at 10:00 a.m.  The court clerk has indicated that this date is convenient for the Court.  The parties have endeavored to finalize the settlement agreement but require additional time to resolve final written details, and anticipate filing the proposed settlement agreement and supporting papers no later than January 20, 2009.

| | | |
|---|---|---|
| 1 | Dated: January 7, 2009 | Respectfully submitted, |
| 2 | | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
| 3 | | |
| 4 | | /s/ Joseph E. Jaramillo |
| | | LAURA L. HO, CA Bar No. 173179 |
| 5 | | lho@gdblegal.com |
| | | JOSEPH E. JARAMILLO, CA Bar No. 178566 |
| 6 | | jjaramillo@gdblegal.com |
| | | 300 Lakeside Drive, Suite 1000 |
| 7 | | Oakland, CA 94612 |
| | | (510) 763-9800 |
| 8 | | (510) 835-1417 (fax) |
| 9 | | ATTORNEYS FOR PLAINTIFFS |
| 10 | Dated: January 7, 2009 | BATE, PETERSON, DEACON, ZINN & YOUNG LLP |
| 12 | | /s/ David H. Bate |
| | | DAVID H. BATE, CA Bar No. 133123 |
| 13 | | dbate@bpdzylaw.com |
| | | LINDA DEACON, CA Bar No. 60133 |
| 14 | | ldeacon@bpdzylaw.com |
| | | 888 South Figueroa Street, Suite 1500 |
| 15 | | Los Angeles, Ca. 90017 |
| | | Telephone: (213) 362-1860 |
| 16 | | Facsimile: (213) 362-1861 |
| 17 | | |
| 18 | | ATTORNEYS FOR DEFENDANTS |
| | | FREMONT GENERAL CORPORATION, |
| | | FREMONT GENERAL CREDIT CORPORATION, and |
| 19 | | FREMONT REORGANIZING CORPORATION fka |
| | | FREMONT INVESTMENT & LOAN |

I hereby attest that I have on file all holographic signatures for any signatures indicated with a "conformed signature (/s/) within this e-filed document.

/s/ Joseph E. Jaramillo

**ORDER**

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Date: January 8, 2009

Judge Charles R. Breyer

**No other continuances will be granted.  CRB**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*